UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO: CR-03-2187-WFN |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER DISMISSING INDICTMENT** |
| v. | ) | **AND QUASHING ARREST WARRANT** |
| | ) | |
| RUGIERO VALENCIA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter coming before the above Court on the Government's motion to dismiss the indictment and to quash the arrest warrant (ECF No. 20); and the Court having reviewed the files and the records herein;

**IT IS HEREBY ORDERED that**:

1. The Government's Motion to Dismiss Indictment and Quash Arrest Warrant, filed December 3, 2010, **ECF No. 20,** is **GRANTED**.

2. The indictment in the above-referenced case shall be dismissed with prejudice;

3. The arrest warrant issued in the above-referenced case shall be quashed.

ENTERED this 6th day of December, 2010.

                         S / Wm. Fremming Nielsen

                         HON. WM. FREMMING NIELSEN
                         SENIOR UNITED STATES DISTRICT JUDGE